```
                                                    FILED
                                                 June 10, 2009
        UNITED STATES DISTRICT COURT FOR THE   CLERK, US DISTRICT COURT
                                                EASTERN DISTRICT OF
            EASTERN DISTRICT OF CALIFORNIA          CALIFORNIA
                                                    DEPUTY CLERK
```

UNITED STATES OF AMERICA,           )
                                    )    Case No. 2:09-mj-191 KJM
           Plaintiff,           )
v.                                  )    ORDER OF RELEASE
                                    )
Randel Smith,                       )
                                    )
           Defendant.           )

TO:   UNITED STATES MARSHAL:

This is to authorize the release of Randel Smith  Case 2:09-mj-191 KJM  subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     X    Release on Personal Recognizance

     X    (Other) Defendant ordered to report to the VA Detox Center by close of business on 6/11/09; provide contact information for Detox Center to Pretrial Services; Defendant to report to Pretrial Services at 9:00 on 6/11/09; am; defendant to notify Pretrial Services of any change in residence within 72 hours; obey all federal, state and local laws; divest ownership of any firearms and sign form confirming same; as directed by Pretrial Services officer, no alcohol use and alcohol/drug testing; no trravel outside Eastern District of California.

Issued at Sacramento, CA on 6/10/09  at  2:35 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge