```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LAUREN D. CUSICK, Bar #FL 0014255
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorneys for Defendant
    RANDEL L. SMITH
 7
```

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

```
10  UNITED STATES OF AMERICA,    )  No. 09-mj-00191-KJM
                                 )
11              Plaintiff,       )  STIPULATION AND ORDER
                                 )
12      v.                       )  Date:  September 21, 2009
                                 )  Time:  10:00 a.m.
13  RANDEL L. SMITH,             )  Judge: Hon. Kimberly J. Mueller
                                 )
14              Defendant.       )
    _____)
15
```

16      IT IS HEREBY STIPULATED between the parties through their

17  respective counsel, Matthew C. Stegman, Assistant United States

18  Attorney, and Lauren D. Cusick, Staff Attorney, attorney for Randel L.

19  Smith, that the Court continue the bench trial from August 10, 2009 at

20  10:00 a.m., to September 21, 2009, at 10:00 a.m.

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27

28  Stipulation And Order                1                      09-mj-191-KJM

1   The continuance will allow Mr. Smith adequate time to fulfill a 90
2 day in-patient rehabilitation treatment program at The Effort which he
3 began on June 12, 2009.

5 Dated: June 15, 2009                    Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ L. Cusick
                                          _____
                                          Lauren D. Cusick
                                          Staff Attorney/Misdemeanor Unit


11 Dated: June 15, 2009                   LAWRENCE G. BROWN
                                          Acting United States Attorney

                                          /s/ Matthew C. Stegman
                                          _____
                                          MATTHEW C. STEGMAN
                                          Assistant United States Attorney


**ORDER**

IT IS SO ORDERED.

Dated: June 18, 2009

_____
U.S. MAGISTRATE JUDGE

Stipulation And Order                    2                    09-mj-191-KJM