```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  CHRISTINA M. EASTMAN
    Certified Law Clerk, Misdemeanor Unit
 4  501 "I" Street, Suite 10-100
    Sacramento, CA  95814
 5  Telephone: (916) 554-2805
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No. 09-0191 KJM |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| vs. ) | COURT TRIAL |
| ) | |
| RANDEL L. SMITH, ) | DATE:    September 21, 2009 |
| ) | TIME:    10:00 a.m. |
| Defendant. ) | JUDGE:   Hon. Kimberly J. Mueller |

IT IS HEREBY STIPULATED and agreed to between the United States of America, through Matthew C. Stegman, Assistant United States Attorney, and defendant, RANDEL L. SMITH, by and through his counsel, Lauren Cusick, Assistant Federal Defender, that the court trial scheduled for September 21, 2009, be rescheduled to November 9, 2009, at 10:00 a.m.

///

///

///

///

///

///

1

1  The continuance is requested because the parties are
2  continuing to negotiate a disposition in this matter.
3  DATED: September 9, 2009          LAWRENCE G. BROWN
                                     United States Attorney
4
5                                    By: /s/ Matthew C. Stegman
                                     MATTHEW C. STEGMAN
6                                    Assistant U.S. Attorney
7
   DATED: September 9, 2009          DANIEL J. BRODERICK
8                                    Federal Defender
9
                                     By: /s/ Lauren Cusick
10                                   LAUREN CUSICK
                                     Attorney for Defendant
11
12                              ORDER
13  The court trial is continued from September 21, 2009, at
14  10:00 a.m., to November 9, 2009, at 10:00 a.m.
15     IT IS SO ORDERED.
16  DATED: September 16, 2009.
17
                                     _____
18                                   U.S. MAGISTRATE JUDGE