```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  CHRISTINA M. EASTMAN
    Certified Law Clerk, Misdemeanor Unit
 4  501 "I" Street, Suite 10-100
    Sacramento, CA  95814
 5  Telephone: (916) 554-2805

 6

 7

 8              IN THE UNITED STATES DISTRICT COURT FOR THE

 9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  Mag. No. 09-0191 KJM
                                   )
12            Plaintiff,           )
                                   )  AMENDED STIPULATION AND ORDER TO
13       v.                        )  CONTINUE COURT TRIAL
                                   )
14  RANDEL L. SMITH,               )  DATE:   November 9, 2009
                                   )  TIME:   10:00 a.m.
15            Defendant.           )  JUDGE:  Hon. Kimberly J. Mueller
                                   )
16  _____  )

17       IT IS HEREBY STIPULATED and agreed to between the United
18  States of America, through Matthew C. Stegman, Assistant United
19  States Attorney, and defendant, RANDEL L. SMITH, by and through
20  his counsel, Lauren Cusick, Assistant Federal Defender, that the
21  court trial scheduled for November 9, 2009, be rescheduled to
22  January 19, 2010, at 10:00 a.m.
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
```

1

1    The continuance is requested because the parties are
2 continuing to negotiate a disposition in this matter.
3 DATED: November 5, 2009          LAWRENCE G. BROWN
                                   United States Attorney
4

5                                  By: /s/ Heiko Coppola for
                                   MATTHEW C. STEGMAN
6                                  Assistant U.S. Attorney

7
  DATED: November 5, 2009          DANIEL J. BRODERICK
                                   Federal Defender
8

9
                                   By: /s/ Lauren Cusick
10                                 LAUREN CUSICK
                                   Attorney for Defendant
11

12                           ORDER
13    The court trial is continued from November 9, 2009, at 10:00
14 a.m., to January 19, 2010, at 10:00 a.m.
15    IT IS SO ORDERED.
16 DATED: November 9, 2009.

                                   _____
                                   U.S. MAGISTRATE JUDGE

**2**