1 BENJAMIN B. WAGNER
United States Attorney
2 MATTHEW C. STEGMAN
Assistant U.S. Attorney
3 CHRISTINA M. EASTMAN
Certified Law Clerk, Misdemeanor Unit
4 501 I Street, Suite 10-100
Sacramento, California 95814
5 Telephone: (916) 554-2805

6

7

8                    THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )    Mag. No. 09-191-KJM
                                )
12            Plaintiff,         )    GOVERNMENT'S MOTION TO DISMISS
                                )    COMPLAINT AND ORDER
13       v.                     )
                                )
14 RANDEL L. SMITH,             )    DATE:  January 19, 2009
                                )    TIME:  10:00 a.m.
15            Defendant.        )    JUDGE: Hon. Kimberly J. Mueller
   _____)
16

17      Pursuant to Rule 48(a) of the Federal Rules of Criminal

18 Procedure, plaintiff United States of America, by and through its

19 undersigned attorney, hereby moves this Honorable Court for an

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1

1  Order dismissing the above-entitled matter with prejudice.

2  DATED: December 15, 2009.                BENJAMIN B. WAGNER
                                            United States Attorney
3

4                                   By:  /s/ Matthew C. Stegman
                                         MATTHEW C. STEGMAN
5                                        Assistant U.S. Attorney

6
                                    O R D E R
7

8  IT IS SO ORDERED:

9  DATED: December 15, 2009.

10

11

12                                  _____
                                    U.S. MAGISTRATE JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28